IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 12-21 |
| | : | |
| RONALD MIKO | : | |

## ORDER

AND NOW, this 26th day of March, 2012, upon consideration of Defendant's Petition to Review the Pretrial Detention Order of the Magistrate (Doc. No 11) and the government's Response thereto (Doc. No. 12), it is hereby ORDERED that said PETITION is GRANTED. It is further ORDERED that bail shall be set at Two Hundred Thousand Dollars ($200,000.00), with the following additional conditions:

1. Petitioner will be required to remain in home confinement located at 253 S. Tulpehocken Street in Pinegrove, Pennsylvania;

2. Petitioner shall be placed into the Location Monitoring Program, subject to 24-hour home confinement at the above residence, to be maintained via a monitoring device. He is permitted to leave his residence only for visits to Pretrial Services, or for medical treatment, religious services, or school, and only with prior notification and approval of Pretrial Services;

3. Petitioner shall report weekly to Pretrial Services;

4. Petitioner shall participate/continue in mental health treatment, as directed by Pretrial Services;

5. Petitioner shall surrender his passport or if he does not have one, may not apply for same;

6. Petitioner shall not travel outside of the Eastern District of Pennsylvania;

7. Petitioner shall surrender and shall not possess or carry any firearm, and his release shall be stayed pending notification that all of his firearms,

ammunition, and any other weapons in his possession have been accounted for;

8. Petitioner shall not visit or reside anyplace where firearms are present; and

9. Petitioner shall have no contact with co-defendants or witnesses in this matter; and,

10. Petitioner shall appear before this Court on Wednesday, June 6, 2012 at 9:30 a.m. for commencement of trial.

                                       BY THE COURT:

                                       /s/ C. Darnell Jones, II